[No. 13301.    Department Two. — June 30, 1891.]

IN THE MATTER OF THE GUARDIANSHIP OF GET YOUNG, A MINOR.

APPEAL — ORDER APPOINTING GUARDIAN — ORDER REFUSING TO REVOKE APPEALABLE ORDER. — An order of the probate court appointing a guardian of a minor is an appealable order, and the appellate court will not entertain jurisdiction of an appeal from an order refusing to revoke that order.

APPEAL from an order of the Superior Court of the city and county of San Francisco refusing to revoke an order granting letters of guardianship of a minor.

The facts are stated in the opinion.

*Lyman I. Mowry*, and *A. C. Niles*, for Appellant.

*A. Ruef*, for Respondent.

FOOTE, C. — This is an appeal from an order refusing to revoke an order granting letters of guardianship of a minor.

The order made by the probate court appointing the

guardian was one which it was within the jurisdiction of that tribunal to make, and it was itself appealable. (Code Civ. Proc., sec. 963, subd. 3.)

Hence the appellate court will not entertain jurisdiction of the appeal now here. (*Goyhinech* v. *Goyhinech*, 80 Cal. 409; *Larkin* v. *Larkin*, 76 Cal. 323; *Eureka & T. R. R. Co.* v. *McGrath*, 74 Cal. 49; *Tripp* v. *Santa Rosa R. R. Co.*, 69 Cal. 631.)

The matter does not come within the rule as to void judgments laid down in *People* v. *Green*, 74 Cal. 400; 5 Am. St. Rep. 448.

We therefore advise that the appeal be dismissed.

FITZGERALD, C., and BELCHER, C., concurred.

The COURT. — For the reasons given in the foregoing opinion, the appeal is dismissed.